UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

CRYSTAL LEANNE PANKEY,  )
        Plaintiff,  )
          )
  vs.  )    Case 23-00352-CV-W-FJG-SSA
          )
MARTIN O'MALLEY,  )
Commissioner of Social Security,  )
        Defendant.  )
          )

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED** that

Plaintiff's request to reverse the final decision of the Administrative Law Judge is DENIED. It is further

**ORDERED** that

The decision is hereby AFFIRMED.

May 22, 2024                  Paige Wymore-Wynn
Date                             Clerk

Entered on: May 22, 2024      /s/ Christy Anderson
                              (By) Deputy Clerk
#